**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHNNY GRAYS,
    Plaintiff,

v.                                          Case No. 21-10526

ALEJANDRO N. MAYORKAS, SECRETARY,
U.S. DEPARTMENT OF HOMELAND SECURITY
    Defendants.
_____/

**ORDER DENYING WITHOUT PREJUDICE
PLAINTIFF'S MOTION TO COMPEL RESPONSES**

Plaintiff presents a motion to compel responses to discovery demands. Upon review of the motion and supporting brief, there appears to be no indication that movant has met, conferred, or otherwise attempted to reach resolution short of a motion.

Federal Rule of Civil Procedure 37, provides in part that "a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action. This court's Local Rules provide the same. See E.D. Mich. LR 7.1(a).

IT IS ORDERED that Plaintiff's motion (ECF No. 26) is DENIED without prejudice.

Any subsequent motion must provide a certification that includes a detailed explanation of who conferred, when, and what was discussed in an effort to reach an agreed resolution.

                                                      s/Robert H. Cleland  
                                                      ROBERT H. CLELAND  
                                                      UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 3, 2021, by electronic and/or ordinary mail.

                                                      s/Lisa Wagner  
                                                      Case Manager and Deputy Clerk  
                                                      (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\JUDGE\order seek concurrrence.docx